HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
TAZ WILCOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>TAZ WILCOCK,<br><br>*Defendant.* | Case No.  6:19-mj-00075 JDP<br><br>**SEALING ORDER,**<br>**UNDER SEAL** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibits C and G to Defendant Taz Wilcock's Sentencing Memorandum shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   September 1, 2020

_____
UNITED STATES MAGISTRATE JUDGE